NOT FOR PUBLICATION

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ST. CROIX**

| | |
|---|---|
| JOSEPH BASS,<br><br>　　　　Plaintiff,<br><br>v.<br><br>FEDERAL EXPRESS CORPORATION,<br><br>　　　　Defendant. | Civ. No. 14-0060<br><br>**ORDER** |

THOMPSON, U.S.D.J.[1]

　　　　For the reasons set forth in this Court's Opinion on this same day,

　　　　IT IS on this *10th* day of May, 2017,

　　　　ORDERED that Defendant's Motion for Summary Judgment (ECF No. 64) is GRANTED IN PART and DENIED IN PART; and it is further

　　　　ORDERED that Counts I and II are DISMISSED; and it is further

　　　　ORDERED AND ADJUDGED that judgment be and hereby is entered in favor of Defendant on the hostile work environment claim under the Virgin Islands Civil Rights Act ("VICRA") in Count III; and it is further

　　　　ORDERED that this matter be set for trial on the VICRA age discrimination claim (remaining Count III), Wrongful Discharge claim (Count IV), and Consolidated Omnibus Budget Reconciliation Act ("COBRA") claim (Count V).

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Anne E. Thompson*
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANNE E. THOMPSON, U.S.D.J.

---

[1] The Honorable Anne E. Thompson, United States District Judge for the District of New Jersey, sitting by designation.